RECEIVED
BY MAIL

FEB 12 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
BRENDON NELSON,

                                                                Civil Docket No.:  21-cv-777

                              Plaintiff,

          -against-
                                                                **CLASS ACTION**
                                                                **COMPLAINT**

ROBINHOOD FINANCIAL LLC
ROBINHOOD SECURITIES, LLC
ROBINHOOD MARKETS, INC.,

                              Defendants.                       **Plaintiff Demands a**
                                                                **Trial by Jury**

-------------------------------------------------------X


## NATURE OF THE ACTION

1.  Robinhood is an online brokerage firm.

2.  Robinhood purposefully, willfully, and knowingly removing the stock "GME" from its
    trading platform in the midst of an unprecedented stock rise thereby deprived retail
    investors of the ability to invest in the open-market and manipulating the open-market.


## PARTIES

3.  Plaintiff Brendon Nelson was and is a citizen of the Commonwealth of Massachusetts.

4.  Defendant Robinhood Financial LLC is a Delaware corporation with its principal place of
    business at 85 Willow Road, Menlo Park, California 94025. It is a wholly-owned
    subsidiary of Robinhood Markets, Inc. Robinhood Financial LLC is registered as a
    broker-dealer with the U.S. Securities & Exchange Commission ("SEC"). Defendant
    Robinhood Financial LLC acts as an introducing broker and has a clearing arrangement
    with its affiliate Defendant Robinhood Securities, LLC.

5.  Defendant Robinhood Securities, LLC is a Delaware corporation with its principal place
    of business at 500 Colonial Center Parkway, Suite 100, Lake Mary, Florida 32746. It is a
    wholly owned subsidiary of Defendant Robinhood Markets, Inc. Defendant Robinhood
    Securities, LLC is registered as a broker-dealer with the SEC. Defendant Robinhood
    Financial LLC acts as a clearing broker and clears trades introduced by its affiliate
    Defendant Robinhood Financial.

SCANNED
FEB 12 2021
U.S. DISTRICT COURT ST. PAUL