in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED
BY MAIL

FEB 12 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| PETRO SIRUK,<br>MARINA SIRUK,<br>              Plaintiff,<br>-against-<br><br>ROBINHOOD FINANCIAL LLC<br>ROBINHOOD SECURITIES, LLC<br>ROBINHOOD MARKETS, INC.,<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Notice: 'PROOF OF SERVICE'** |

## Notice: 'PROOF OF SERVICE'

In regards to: **'PROOF OF SERVICE'**

i, a man, now delivered upon the 'Office of the Court Clerk', for the 'Federal Court' a 'PROOF of Service by Mail', in that

| Robinhood Financial LLC | Robinhood Securities, LLC | Robinhood Markets, Inc. |
|---|---|---|
| 85 Willow Road | 500 Colonial Center Parkway, Suite 100 | 85 Willow Road |
| Menlo Park, California 94025 | Lake Mary, Florida 32746 | Menlo Park, California 94025 |

has, been duly served with my Suit, [             ] as of February 9, 2021

i, say here, and will verify in open court, that all herein be true

Date: February 9, 2021          /s/ NA V.I. Petro Siruk, All Rights Reserved

SCANNED
FEB 12 2021
U.S. DISTRICT COURT ST. PAUL