

MINNEAPOLIS MN 553
10 FEB 2021 PM 6 L

Warren E. Burger Federal Building
316 North Robert Street - Suite 100
St. Paul, MN 55101

X-RAYED
BY USMS
55101-1

Return To:
12410 Rolling Ridge Rd
Becker MN 55308

FEB 12 2021