in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED
BY MAIL

FEB 12 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| PETRO SIRUK, )<br>MARINA SIRUK, )<br> )<br>                Plaintiff, )<br>-against- )<br> )<br>ROBINHOOD FINANCIAL LLC )<br>ROBINHOOD SECURITIES, LLC )<br>ROBINHOOD MARKETS, INC., )<br> )<br>              Defendants. ) | **MOTION**<br><br>21-cv-415 PJS/DTS |

## MOTION PROCEED WITHOUT PREPAYING FEES OR COST

the *Siruk Court* presents notice:

(1) i, a man and i, a woman, jointly declare and require: I a man, who use NAME PETRO SIRUK and I a woman who use NAME MARINA SIRUK declare that we unable to pay the costs of proceedings and that we are entitled to the relief requested.

(2) i, a man and i, a woman jointly under 125% Federal poverty required levels.

You can reach this individual to verify stated information.

**Joe Chapman** | Employment Specialist

Central Minnesota Jobs & Training Services, Inc.
406 East 7th Street
P.O. Box 720| Monticello, MN 55362
p: 763-271-3732 | f: 763-271-3701 | e: dchapman@cmjts.org

(3) **JUDICIAL NOTICE:** i, man currently granted to proceed without prepayment of fees or cost in the Federal Court, in which another matter pending before this court **0:20-cv-02431-ECT-DTS**.

(4) i, say here, and will verify in open court, that all herein be true

Date: February 9, 2021        /s/ NA V.I. Petro Siruk, All Rights Reserved
                                        /s/ NA V.I. Marina Siruk, All Rights Reserved


FEB 12 2021
U.S. DISTRICT COURT ST. PAUL