CV,IFP,PRO–SE,PRO–SE INT,PSLC3–PS

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:21–cv–00415–PJS–DTS

Siruk et al v. Robinhood Financial LLC et al

Assigned to: Judge Patrick J. Schiltz

Referred to: Magistrate Judge David T. Schultz

Cause: 28:1332 Diversity–Other Contract

Date Filed: 02/12/2021

Jury Demand: None

Nature of Suit: 190 Contract: Other

Jurisdiction: Federal Question

**Plaintiff**

**Petro Siruk**                          represented by  **Petro Siruk**
                                                         12410 Rolling Ridge Rd
                                                         Becker, MN 55308
                                                         763–262–5046
                                                         PRO SE

**Plaintiff**

**Marina Siruk**                         represented by  **Marina Siruk**
                                                         12410 Rolling Ridge Rd
                                                         Becker, MN 55308
                                                         PRO SE

V.

**Defendant**

**Robinhood Financial LLC**

**Defendant**

**Robinhood Securities LLC**

**Defendant**

**Robinhood Markets, Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2021 | 1 | COMPLAINT against Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities LLC filed by Petro Siruk, Marina Siruk. No summons requested. Case assigned to Judge Patrick J. Schiltz per 3rd/4th Master list, referred to Magistrate Judge David T. Schultz. (Attachments: # 1 Exhibit(s), # 2 Certificate of Service, # 3 Envelope) (JGK) Document QC'd on 3/2/2021 (JGK). (Entered: 02/12/2021) |
| 02/12/2021 | 2 | Application to Proceed in District Court without Prepaying Fees or Costs filed by Marina Siruk, Petro Siruk. (JGK) Document QC'd on 3/2/2021 (JGK). (Entered: 02/12/2021) |
| 03/31/2021 | 3 | REPORT AND RECOMMENDATION re 1 Complaint, filed by Petro Siruk, Marina Siruk; 2 Application to Proceed in District Court without Prepaying Fees or Costs filed by Marina Siruk, |

| | | |
|---|---|---|
| | | Petro Siruk. Signed by Magistrate Judge David T. Schultz on 3/31/2021. (TJB) (Entered: 03/31/2021) |
| 04/13/2021 | 14 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–1) transferring case to the Southern District of Florida per the MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to the Honorable Cecilia M. Altonaga.(MMP) (Entered: 04/13/2021) |