RECEIVED BY MAIL
APR 14 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

Petro Siruk and Marina Siruk

    Plaintiffs,

v.

Robinhood Financial LLC, et al.

    Defendants.

Case No. 21-cv-0415 (PJS/DTS)

**RESPOND TO REPORT AND RECOMMENDATION**

In response to the report and recommendation the Plaintiffs objects to the entire report and recommendation and moves for the the trial by jury to determine facts.

Plaintiffs are entitled to relief, and this court would make an error if ruled otherwise based on the following facts:

(1) Plaintiffs legally entitled to a relief against said defendants;
(2) Defendants breached certain terms of the legal contract, therefore above-named defendants are legally indepted to above-named plaintiffs.

Date: April 11, 2021    /s/ NA V.I. Petro Siruk, All Rights Reserved
    /s/ NA V.I. Marina Siruk, All Rights Reserved

SCANNED
APR 15 2021
U.S. DISTRICT COURT ST. PAUL